CAMERON ENGLISH, RYAN BERNI, POOJA PRAZID, LYNDA WOOLARD, STEPHEN HANDWERK, AMBER ROBINSON, JAMES BULLMAN, KIRK GREEN AND DARRYL MALEK-WILEY

VERSUS

R. KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE

\* NO. 2021-C-0739

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

JCL    LOBRANO, J., CONCURS IN THE RESULT.